FORM L53 Notice to File Proof of Claim Due to Possible Recovery of Assets  (v.9.14)

15–26540 – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

**Case Number:**   15–26540 – B – 7

Debtor Name(s), Social Security Number(s), and Address(es):

UST Benchmark, INC

26–0515620
 PO Box 1085
Twain Harte, CA 95383–1085

**Deadline to File a Proof of Claim:**

Proof of Claim must be received by the Bankruptcy Clerk's Office by **1/19/16**

**NOTICE IS HEREBY GIVEN THAT:**

 The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. The trustee has now notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before the date indicated above unless otherwise provided by statute or rule. Claims that are not filed by the date indicated above might not be paid. Any creditor who has already filed a Proof of Claim in this case need not file another.

A Proof of Claim with attachments may be filed electronically in all cases by completing the online B10 Proof of Claim form at https://ecf.caeb.uscourts.gov/cgi–bin/autoFilingClaims.pl on the bankruptcy court's web site. A username or password is not required to file an electronic claim. Instructions can be found at http://www.caeb.uscourts.gov/ElectronicClaims.aspx.

Alternatively, Official Form B10, the official form prescribed for a Proof of Claim, may be printed and filed with the Clerk at the address shown above. Official Form B10 is available on the bankruptcy court's web site at http://www.caeb.uscourts.gov/documents/Forms/Official/B10.pdf and may be obtained at any bankruptcy clerk's office. To receive proof of its receipt by the bankruptcy court, enclose a photocopy of the claim together with a stamped, self–addressed envelope.

There is no fee for filing a Proof of Claim.

Dated:
10/16/15

For the Court,
Wayne Blackwelder , Clerk